IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
SEP 11 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:19 CR 544 |
| | ) | Title 18, United States Code, |
| EDWIN ORIN, | ) | Section 641 |
| Defendant. | ) | |

JUDGE NUGENT

MAG. JUDGE GREENBERG

The United States Attorney charges:

<u>COUNT 1</u>
(Theft of Government Property, 18 U.S.C. § 641)

From on or about August 18, 2016, through on or about February 21, 2018, in the Northern District of Ohio, Eastern Division, EDWIN ORIN, in a continuing course of conduct, willfully and knowingly did embezzle, steal, purloin, and convert to his own use, property of the United States exceeding $1,000 in value belonging to the Department of Veterans Affairs ("VA"), an agency of the United States, to wit: EDWIN ORIN, as an employee of the VA, fraudulently claimed and received overtime compensation from the VA with a value of approximately $15,323, in violation of Title 18, United States Code, Section 641.

JUSTIN E. HERDMAN
United States Attorney

By: _____
Robert W. Kern, Chief
White Collar Crimes Unit